

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Masika Ray-Brown, Appellant

No. 06-13-00037-CV          v.

Longview Independent School District,
Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 2012-90-B). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the summary judgment of the court below.  We affirm the summary judgment of the trial court.

We further order that the appellant, Masika Ray-Brown, pay all costs of this appeal.

RENDERED SEPTEMBER 26, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk